# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

WELLS FARGO BANK, N.A.
SUCCESSOR BY MERGER TO
WACHOVIA BANK, N.A.

        v.

PATRICK F. COSTANTINO, A/K/A
PASQUALE F. COSTANTINO, A/KA/
PATRICK COSTANTINO, KAREN E.
COSTANTINO, A/K/A KAREN ANN
KARBOSKI AND THE UNITED STATES
OF AMERICA


PETITION OF:  PATRICK F.
COSTANTINO, A/K/A PASQUALE F.
COSTANTINO, A/KA/ PATRICK
COSTANTINO

: No. 296 MAL 2017
:
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 15th day of September, 2017, the Petition for Allowance of Appeal is **DENIED**.